No. —, original. EX PARTE WESTERN LOAN & SECURITIES CO.; and

No. —, original. EX PARTE MAYER. December 11, 1933. Motions for leave to file petitions for writs of mandamus

in these causes are severally denied. *Ex parte United States,* 287 U.S. 241, 248. *Mr. George S. McCarthy* for petitioners.